IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CR-20130-KHV/DJW |
| | ) | |
| SATVINDER K. SINGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**INFORMATION**

THE UNITED STATES CHARGES THAT:

On or about February 2, 2010, in the District of Kansas and elsewhere, the defendant,

**SATVINDER K. SINGH,**

with the intent to injure, defraud and to deceive the First National Bank of Kansas, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, knowingly made a false entry in the books and records of the First National bank of Kansas, that is: the defendant prepared and submitted to the bank a document entitled "Cash Drawer Audit" which falsely represented that she had counted $3,214.96 of the bank's funds from her cash drawer and that there was no shortage in her cash drawer, when in truth and fact, she well knew that she had been stealing money owed by and in the custody of First National Bank of Kansas, that she had failed to report that on February 3, 2010, she had counted only $2,093.96 in her cash drawer and failed to

report a "vault short" of $7,725. This was all in violation of Title 18, United States Code, Section 1005.

Barry R. Grissom<br>
United States Attorney<br>
<br>
/S/ David C. Smith<br>
David C. Smith, KS SCT # 18316<br>
Assistant United States Attorney<br>
500 State Ave., Room 360<br>
Kansas City, KS 66101<br>
913-551-6730 - Phone<br>
913-551-6541 - Fax<br>
David.Smith5@usdoj.gov

**PENALTIES:**

Count 1:   18 U.S.C. § 1005 – False Statement in Bank Records

• NMT 30 years incarceration
• $1,000,000 Fine
• NMT 5 years Supervised Release
• $100 Special Assessment